## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

### Circuit Mediation Office
### Phone (415) 355-7900 Fax (415) 355-8566
### http://www.ca9.uscourts.gov/mediation

## MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

---

9th Circuit Case Number(s): 13-56253

District Court/Agency Case Number(s): 8:11-cv-00485-AG-AJW

District Court/Agency Location: Central District, Santa Ana

Case Name: Liberi et al.   v.   Taitz, et al.

If District Court, docket entry number(s) of order(s) appealed from: 632

Name of party/parties submitting this form: Defendant/Appellant, Orly Taitz

---

### Please briefly describe the dispute that gave rise to this lawsuit.

Alleged invasion of privacy and defamation by Defendants.

---

### Briefly describe the result below and the main issues on appeal.

Orly Taitz brought an anti-SLAPP motion to strike (Cal. Code of Civil Procedure section 425.16) challenging Plaintiffs' First Amended Complaint. Said motion was denied. The main issues on appeal are whether Ms. Taitz met her burden under the anti-SLAPP statute to demonstrate protected activity, and whether Plaintiffs met their burden to demonstrate a probability of prevailing in the action.

---

### Describe any proceedings remaining below or any related proceedings in other tribunals.

---

Provide any other thoughts you would like to bring to the attention of the mediator.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

| Signature | s/ Jeffrey P. Cunningham |
|---|---|

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

| Counsel for | Defendant/Appellant, Orly Taitz |
|---|---|

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

- ATTACHMENT TO MEDIATION QUESTIONNAIRE-

**<u>SERVICE LIST</u>**

| | |
|---|---|
| Philip J. Berg, Esq.<br>555 Andorra Glen Court, Suite 12<br>Lafayette Hill, PA 19444-2531<br>P: (610) 825-3134<br>F: (610) 834-7659<br>e-mail: philjberg@gmail.com | Attorney for Plaintiff/Appellee<br>Phillip J. Berg |
| Randy Alan Berg, Esq.<br>Stephen H. Marcus, Esq.<br>Gittler & Bradford<br>10537 Santa Monica Boulevard 3rd Floor<br>Los Angeles, CA 90025<br>P: (310) 477-4007<br>Fax: (310) 474-4407<br>Email: raberg@gblaw.net | Attorney for Plaintiffs/Appellees<br>Lisa Liberi<br>Lisa M. Ostella<br>Go Excel Global<br>The Law Offices of Philip J. Berg |
| Orly Taitz, Esq.<br>29839 Santa Margarita, Suite 100<br>Rancho Santa Margarita, CA 92688<br>e-mail: orly.taitz@gmail.com<br>e-mail: dr_taitz@yahoo.com | Attorney for Defendants, Defend Our Freedoms Foundations, Inc., Law Offices of Orly Taitz, Orly Taitz, Inc. |
| Mark Steven Colen, Esq.<br>Law Offices of Marc Steven Colen<br>5737 Kana Road, Suite 347<br>Agoura Hills, CA 91301<br>e-mail: mcolen@colenlaw.com<br>e-mail: lcolen@colenlaw.com | Attorneys for Neil Sankey, Todd Sankey, Sankey Investigations, Inc., and The Sankey Firm, Inc. |