UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 13-56253 |
| District Court/Agency Case Number(s): | 8:11-cv-00485 |
| District Court/Agency Location: | United States District Court, Central District of California, Santa Ana |
| Case Name: | Lisa Liberi, et. al. v. Orly Taitz, et. al. |
| If District Court, docket entry number(s) of order(s) appealed from: | Docket No. 632 |
| Name of party/parties submitting this form: | Plaintiff/Appellee Philip J. Berg |

Please briefly describe the dispute that gave rise to this lawsuit.

Defendants' Invasion of privacy, Violation of C.C.P. §§ 1798.53, 1798.85, Harassment, Defamation, Libel and Slander. Defendants actions include but are not limited to publications of false statements and stories about the Plaintiff, threats against Plaintiff, harassment and stalking of Plaintiff and having Defendant Taitz's supporters and followers do the same, obtaining federally protected reports on Plaintiff, without a legally permitted purpose, and publishing the private data obtained therefrom, and inciting followers and supporters to harm the Plaintiff.

Briefly describe the result below and the main issues on appeal.

Denial by the District Court of Appellant/Defendant Orly Taitz's Anti-Slapp Motion concerning Plaintiffs' First Amended Complaint.

*(Please continue to next page)*

| Describe any proceedings remaining below or any related proceedings in other tribunals. |
|---|
| The matter below will be proceeding against other Defendants, although the status of the pleadings pertaining to Appellant in this Appeal remain stayed by this appeal.<br><br>There is another appeal filed by Defendant Defend our Freedoms Foundations, Inc. ["DOFF"] (represented by Defendant Orly Taitz as counsel) (counsel for Appellant in this case), Docket No. 13-56250, pending before this Court. |

| Provide any other thoughts you would like to bring to the attention of the mediator. |
|---|
|  |

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

[X] a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

[X] I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Philip J. Berg

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Plaintiff/Appellee Philip J. Berg

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **File this document electronically** in Appellate ECF by choosing Forms/Notices/Disclosure > File a Mediation Questionnaire.